# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 197 WAL 2019

            Respondent             :

                                :    Petition for Allowance of Appeal from

                                :    the Order of the Superior Court

            v.                     :

                                :

JUSTIN CHARLES GREEN,             :

                                :

            Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 8th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.